# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOLLWAY, SUSAN O. | District of Hawaii | 04/27/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
300 Ala Moana Boulevard, #C409
Honolulu, HI 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hawaii State Federal Credit Union member | A | Interest | J | T | | | | | |
| 2. Aloha Pacific Federal Credit Union member | A | Interest | J | T | | | | | |
| 3. First Hawaiian Bank (Y) | | | | | | | | | |
| 4. U.S. Savings Bond Series EE | A | Interest | J | T | | | | | |
| 5. Consumer Discretionary SPDR (IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 6. | | | | | Sold | 02/21/17 | J | A | |
| 7. Health Care Select SPDR (IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 8. | | | | | Sold | 02/21/17 | J | A | |
| 9. Ishares Inc. Core MSCI Emerging Markets ETF (IRA #1) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 10. | | | | | Buy | 01/24/17 | J | | |
| 11. | | | | | Sold (part) | 05/17/17 | J | A | |
| 12. | | | | | Sold (part) | 10/24/17 | J | A | |
| 13. | | | | | Sold | 12/12/17 | J | A | |
| 14. Ishares Iboxx $ (IRA #1) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 15. | | | | | Sold (part) | 02/21/17 | J | A | |
| 16. | | | | | Sold | 12/12/17 | J | | |
| 17. Ishares MBS ETF (IRA #1) | A | Dividend | | | Buy | 01/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 02/21/17 | J | A | |
| 19. | | | | | Buy | 10/24/17 | J | | |
| 20. | | | | | Sold | 12/12/17 | J | A | |
| 21. Ishares MSCI CDA ETF (IRA #1) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 22. | | | | | Buy | 05/17/17 | J | | |
| 23. | | | | | Sold (part) | 10/24/17 | J | A | |
| 24. | | | | | Sold | 12/12/17 | J | A | |
| 25. Ishares MSCI EAFE (IRA #1) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 26. | | | | | Sold | 02/21/17 | J | A | |
| 27. Ishares MSCI Eurozone ETF (IRA #1) | A | Dividend | | | Buy | 10/24/17 | J | | |
| 28. | | | | | Buy | 12/05/17 | J | | |
| 29. | | | | | Sold | 12/12/17 | J | A | |
| 30. Ishares MSCI Japan ETF (IRA #1) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 31. | | | | | Sold | 12/12/17 | J | A | |
| 32. Ishares MSCI Pacific ETF (IRA #1) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 33. | | | | | Sold | 12/12/17 | J | A | |
| 34. Ishares MSCI Sweden ETF (IRA #1) | A | Dividend | | | Buy | 02/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/12/17 | J | A | |
| 36. Ishares MSCI Switzerland ETF (IRA #1) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 37. | | | | | Sold | 12/12/17 | J | A | |
| 38. Ishares MSCI UK ETF (IRA #1) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 39. | | | | | Buy | 10/24/17 | J | | |
| 40. | | | | | Sold | 12/12/17 | J | A | |
| 41. Ishares 3-7 Year Treasure Bond ETF (IRA #1) | A | Dividend | | | Sold (part) | 02/21/17 | J | A | |
| 42. | | | | | Sold | 12/12/17 | J | A | |
| 43. Ishares Tips Bond ETF (IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 44. | | | | | Sold (part) | 02/21/17 | J | A | |
| 45. | | | | | Sold | 12/12/17 | J | A | |
| 46. Materials Select Sector SPDR Fund (IRA #1) | A | Dividend | | | Sold | 02/21/17 | J | A | |
| 47. Powershares EM Sovereign Bond USD ETF (IRA #1) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 48. | | | | | Sold | 12/12/17 | J | A | |
| 49. Powershares Global Exch Traded FD TR (IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 50. | | | | | Sold | 02/21/17 | J | A | |
| 51. Powershares Preferred (IRA #1) | A | Dividend | | | Sold (part) | 02/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 10/24/17 | J | | |
| 53. | | | | | Sold | 12/12/17 | J | A | |
| 54. Real Estate Select SPDR FD SHS (IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 55. | | | | | Sold | 02/21/17 | J | A | |
| 56. Sector SPDR Consumers STPL (XLP) STPL (IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 57. | | | | | Sold | 02/21/17 | J | A | |
| 58. Sector SPDR Energy (IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 59. | | | | | Sold | 02/21/17 | J | A | |
| 60. Sector SPDR Indusrial (IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 61. | | | | | Sold | 02/21/17 | J | A | |
| 62. Sector SPDR Utilities ((IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 63. | | | | | Sold (part) | 01/24/17 | J | A | |
| 64. | | | | | Sold | 02/21/17 | J | A | |
| 65. SPDR Insurance (IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 66. | | | | | Sold | 02/21/17 | J | A | |
| 67. Vaneck Vectors J.P. Morgan EM Local Currency (EMLC) (IRA #1) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 68. | | | | | Sold (part) | 02/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/12/17 | J | A | |
| 70. Vanguard Financials ETF (IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 71. | | | | | Sold | 02/21/17 | J | A | |
| 72. Vanguard Growth ETF (IRA #1) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 73. | | | | | Buy | 05/17/17 | J | | |
| 74. | | | | | Sold | 12/12/17 | J | A | |
| 75. Vanguard Information Tech ETF (IRA #1) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 76. | | | | | Sold | 02/21/17 | J | A | |
| 77. Vanguard Intermediate Term Bond ETF (IRA #1) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 78. | | | | | Sold (part) | 02/21/17 | J | A | |
| 79. | | | | | Buy | 10/24/17 | J | | |
| 80. | | | | | Sold | 12/12/17 | J | A | |
| 81. Vanguard Short-Term Bond (IRA #1) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 82. | | | | | Sold (part) | 02/21/17 | J | A | |
| 83. | | | | | Buy | 10/24/17 | J | | |
| 84. | | | | | Sold | 12/12/17 | J | A | |
| 85. Vanguard Small Cap Growth ETF (IRA #1) | A | Dividend | | | Buy | 02/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Sold (part) | 05/17/17 | J | A | |
| 87. | | | | | | Sold | 12/12/17 | J | A | |
| 88. | Vanguard Small Cap Value ETF (IRA #1) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 89. | | | | | | Sold | 12/12/17 | J | A | |
| 90. | Vanguard Telecomm Services ETF (IRA #1) | A | Dividend | | | Sold | 02/21/17 | J | A | |
| 91. | Vanguard Value ETF (IRA #1) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 92. | | | | | | Buy | 05/17/17 | J | | |
| 93. | | | | | | Sold (part) | 10/24/17 | J | A | |
| 94. | | | | | | Sold | 12/12/17 | J | A | |
| 95. | Wisdomtree Europe Hedged Equity Fund (IRA #1) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 96. | | | | | | Sold | 10/24/17 | J | A | |
| 97. | BOA Cash Account (Main IRA) | A | Dividend | | | Sold | 12/06/17 | J | A | |
| 98. | Consumer Discretionary SPDR (XLY) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | | |
| 99. | | | | | | Sold | 02/21/17 | J | A | |
| 100. | Health Care Select SPDR (XLV) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 101. | | | | | | Sold | 02/21/17 | J | A | |
| 102. | Ishares Inc. Core MSCI Emerging Markets ETF (IEMG) (Main IRA) | A | Dividend | | | Buy | 01/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 01/24/17 | J | | |
| 104. | | | | | Sold (part) | 02/21/17 | J | A | |
| 105. | | | | | Sold (part) | 05/17/17 | J | A | |
| 106. | | | | | Sold (part) | 10/24/17 | J | A | |
| 107. | | | | | Sold | 12/06/17 | J | A | |
| 108. Ishares Iboxx $ High Yield (HYG) (Main IRA) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 109. | | | | | Sold (part) | 02/21/17 | J | A | |
| 110. | | | | | Buy | 10/24/17 | J | | |
| 111. | | | | | Sold | 12/06/17 | J | A | |
| 112. Ishares MBS ETF (MBB) (Main IRA) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 113. | | | | | Buy | 02/21/17 | J | | |
| 114. | | | | | Buy | 10/24/17 | J | | |
| 115. | | | | | Sold | 12/06/17 | J | A | |
| 116. Ishares MSCI EAFE (EFA) (Main IRA) | A | Dividend | | | Buy | 01/24/17 | J | | |
| 117. | | | | | Sold | 12/06/17 | J | A | |
| 118. Ishares 3-7 Year Treasury Bond ETF (IEI) (Main IRA) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 119. | | | | | Sold (part) | 02/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 10/24/17 | J | | |
| 121. | | | | | Sold | 12/06/17 | J | A | |
| 122. Ishares Tips Bond ETF (TIP) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 123. | | | | | Buy | 01/24/17 | J | | |
| 124. | | | | | Sold (part) | 02/21/17 | J | A | |
| 125. | | | | | Sold | 12/06/17 | J | A | |
| 126. Ishares MSCI CDA ETF (Main IRA) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 127. | | | | | Sold | 12/06/17 | J | A | |
| 128. Ishares MSCI Eurozone ETF (Main IRA) | A | Dividend | | | Buy | 10/24/17 | J | | |
| 129. | | | | | Buy | 12/05/17 | J | | |
| 130. | | | | | Sold | 12/06/17 | J | A | |
| 131. Ishares MSCI Japan ETF (Main IRA) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 132. | | | | | Sold | 12/06/17 | J | A | |
| 133. Ishares MSCI Pacific ETF (Main IRA) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 134. | | | | | Buy | 10/24/17 | J | | |
| 135. | | | | | Sold | 12/06/17 | J | A | |
| 136. Ishares MSCI Sweden ETF (Main IRA) | A | Dividend | | | Buy | 02/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/06/17 | J | A | |
| 138. Ishares MSCI Switzerland ETF (Main IRA) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 139. | | | | | Sold | 12/06/17 | J | A | |
| 140. Ishares MSCI U.K. ETF (Main IRA) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 141. | | | | | Buy | 10/24/17 | J | | |
| 142. | | | | | Sold | 12/06/17 | J | A | |
| 143. Materials Select Sector SPDR Fund (XLB) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 144. | | | | | Sold | 02/21/17 | J | A | |
| 145. Powershares EM Sovereign Bond USD ETF (PCY) (Main IRA) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 146. | | | | | Sold (part) | 02/21/17 | J | A | |
| 147. | | | | | Buy | 10/24/17 | J | | |
| 148. | | | | | Sold | 12/06/17 | J | A | |
| 149. Powershares Preferred (PGX) (Main IRA) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 150. | | | | | Sold (part) | 02/21/17 | J | A | |
| 151. | | | | | Sold | 12/06/17 | J | A | |
| 152. Real Estate Select Sector SPDR FD SHS (XLRE) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 153. | | | | | Sold | 02/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Sector SPDR Consumeers STPL (XLP) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 155. | | | | | Sold | 02/21/17 | J | A | |
| 156. Sector SPDR Energy (XLE) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 157. | | | | | Sold | 02/21/17 | J | A | |
| 158. Sector SPDR Industrial (XLI) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 159. | | | | | Sold | 02/21/17 | J | A | |
| 160. Sector SPDR Utilities (XLU) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 161. | | | | | Sold (part) | 01/24/17 | J | A | |
| 162. | | | | | Sold | 02/21/17 | J | A | |
| 163. SPDR S&P Ins. ETF (KIE) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 164. | | | | | Sold | 02/21/17 | J | A | |
| 165. Vaneck Vectors J.P. Morgan EM Local Currency Bond (EMLC) (Main IRA) | A | Dividend | | | Buy | 01/12/17 | J | | |
| 166. | | | | | Sold (part) | 02/21/17 | J | A | |
| 167. | | | | | Sold | 12/06/17 | J | A | |
| 168. Vanguard Financials ETF (VFH) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 169. | | | | | Sold | 02/21/17 | J | A | |
| 170. Vanguard Growth ETF (Main IRA) | A | Dividend | | | Buy | 02/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 05/17/17 | J | A | |
| 172. | | | | | Sold (part) | 10/24/17 | J | A | |
| 173. | | | | | Sold | 12/06/17 | J | A | |
| 174. Vanguard Information Tech ETF (VGT) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 175. | | | | | Sold | 02/21/17 | J | A | |
| 176. Vanguard Intermediate Term Bond ETF (BIV) (Main IRA) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 177. | | | | | Sold (part) | 02/21/17 | J | A | |
| 178. | | | | | Buy | 10/24/17 | J | | |
| 179. | | | | | Sold | 12/06/17 | J | A | |
| 180. Vanguard Small Cap Value ETF (Main IRA) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 181. | | | | | Buy | 10/24/17 | J | | |
| 182. | | | | | Sold | 12/06/17 | J | A | |
| 183. Vanguard Small Cap ETF (Main IRA) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 184. | | | | | Sold (part) | 05/17/17 | J | A | |
| 185. | | | | | Sold | 12/06/17 | J | A | |
| 186. Vanguard Short-Term Bond (BSV) (Main IRA) | A | Dividend | | | Buy | 01/23/17 | J | | |
| 187. | | | | | Sold (part) | 02/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy | 10/24/17 | J | | |
| 189. | | | | | Sold | 12/06/17 | J | A | |
| 190. Vanguard Telecomm Services ETF (VDX) (Main IRA) | A | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 191. | | | | | Sold | 02/21/17 | J | A | |
| 192. Vanguard Value ETF (Main IRA) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 193. | | | | | Buy | 05/17/17 | J | | |
| 194. | | | | | Sold (part) | 10/24/17 | J | A | |
| 195. | | | | | Sold | 12/06/17 | J | A | |
| 196. Wisdomtree Europe Hedged Equity Fund (Main IRA) | A | Dividend | | | Buy | 02/21/17 | J | | |
| 197. | | | | | Buy | 05/17/17 | J | | |
| 198. | | | | | Sold (part) | 10/24/17 | J | A | |
| 199. | | | | | Sold | 12/05/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 04/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In my Amended 2016 Financial Disclosure, I erroneously listed values for 2 assets as if still held as of 12/31/2016. In preparing this 2017 Financial Disclosure, I realized that Putnam Abs. (listed in my Amended 2016 Amended Financial at Part VII, Line 188) was sold (not bought, as mistakenly indicated) on 02/09/16 (the Gain Code should have been listed as A in Column D4). Also, for TCW Emerging Markets Income I Share, the word "part" should not have been included at Part VII, Line 205, of my Amended 2016 Financial Disclosure, because that asset was entirely sold on 10/17/16. I did not own either Putnam or TCW in 2017, and Columns C1 and C2 should have been left blank for both assets in my Amended 2016 Financial Disclosure.

IRA assets sold were rolled over to TSP.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ SUSAN O. MOLLWAY

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544